UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR CASE NO. AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 21-sw-00517-KLM |

**PROPOSED ORDER TO UN-RESTRICT CASE AND TO ALLOW DISCLOSURE**

ORDER

The United States has sought an order to un-restrict the above-captioned case and the documents in it; it also asks the Court to allow the Provider in this case to disclose the existence of the Court's previous order to the account(s) subscriber(s). The Court finds that there is good cause to grant the relief sought.

IT IS THEREFORE ORDERED, that this case and its documents shall be un-restricted, that the Provider may disclose the Court's previous order to the subscriber(s) of the account(s).

_____
United States Magistrate Judge

_____
Date